IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL PAUL STEVENS

      Plaintiff,                            ORDER

v.

                                          Case No.  14-cv-107-wmc

MARTEN TRANSPORT, LTD

      Defendant.

---

Plaintiff Michael Paul Stevens filed this *pro se* civil action, alleging that he was wrongfully discharged from his employment by the defendant, Marten Transport, LTD. On April 2, 2014, the court directed Stevens to serve his complaint on the defendant. Stevens was provided with the forms and instructions on how to serve a complaint and told that he must file proof of service no later than May 30, 2014.  That deadline has since passed and the court has not received proof of service or a written explanation from Stevens about the efforts he has made to comply with the court's order that he serve the defendant.  Indeed, Stevens has not corresponded with the court about this case since he paid the filing fee on April 1, 2014.  Therefore, it appears that Stevens has abandoned his complaint.

The Federal Rules of Civil Procedure impose strict limitations on the time to serve a defendant with the complaint.  Although the outside deadline for serving the complaint in this case does not expire until July 31, 2014, the court expects Stevens promptly to serve his complaint so that the defendant can file an answer and the court can enter a schedule for future proceedings.  If plaintiff does not intend to pursue his complaint,

there is no point in maintaining this action as an open case.  Therefore, plaintiff must report to the court in writing no later than June 23, 2014, explaining what steps he has taken to serve his complaint on the defendant.

ORDER

IT IS ORDERED that plaintiff Michael Paul Stevens may have until June 23, 2014, in which to advise the court in writing what steps he has taken to serve his complaint on the defendant.  If, by June 23, 2014, Stevens fails to respond to this order, the clerk of court is directed to enter judgment dismissing this action without prejudice pursuant to Fed. R. Civ. P. 41(a).

Entered this 6th day of June, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge