IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MICHAEL PAUL STEVENS,

    Plaintiff,                             JUDGMENT IN A CIVIL CASE

v.                                          Case No. 14-cv-107-wmc

MARTEN TRANSPORT, LTD.,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case pursuant to Fed. R. Civ. P. 41(b) for want of prosecution.

    /s/                                                        7/28/2014

Peter Oppeneer, Clerk of Court                         Date